IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| LEE OTIS CASTERLOW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | No. 06-2575-T-P |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION
AND
ORDER OF DISMISSAL

On January 9, 2008, Magistrate Judge Tu M. Pham filed a report recommending that the decision of the Commissioner denying Plaintiff benefits under the Social Security Act be affirmed. Plaintiff has not filed any objections, although he was advised that the failure to do so within ten days would constitute a waiver of those objections. Consequently, the report and recommendation is hereby ADOPTED, and the decision of the Commissioner is AFFIRMED. The clerk is directed to enter judgment accordingly.

IT IS SO ORDERED.

                                                s/ **James D. Todd**
                                                JAMES D. TODD
                                                UNITED STATES DISTRICT JUDGE